David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
One East Camelback Road, Suite 300
Phoenix, AZ 85012
Telephone:  (602) 265-3332
Facsimile:    (602) 230-4482

Attorneys for the Plaintiff
Michael Fahy

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Fahy, <br><br> Plaintiff, <br><br> v. <br><br> United Collection Bureau, Inc., <br><br> Defendant. | **Case No.: CV 09-1345-PHX-DGC** <br><br> **NOTICE OF SETTLEMENT** <br><br> **Hon. David G. Campbell** |

NOTICE IS HEREBY GIVEN by counsel that this action has been settled, Plaintiff requests this Court to retain complete jurisdiction for 60 days for entry of dismissal or to allow Plaintiff to reopen the action upon a good faith showing that the settlement has not been completed with Defendant United Collection Bureau Inc. and further litigation is necessary.

Respectfully submitted,                                **HYDE & SWIGART**

October 15, 2009                                       By:  /s/ David J. McGlothlin___
                                                       David J. McGlothlin
                                                       Attorney for Plaintiff