**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Fahy, | No. CV09-1345 PHX-DGC |
| Plaintiff, | |
| vs. | **ORDER** |
| United Collection Bureau, Inc., | |
| Defendant. | |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **November 16, 2009** without further leave of Court.

DATED this 16th day of October, 2009.

_____
David G. Campbell
United States District Judge